[No. 8995–9–III.   Division Three.   March 16, 1989.]

JACK J. CRAWFORD, *Appellant,* v. ESTHER B. CRAWFORD, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86–2–01384–8, Cameron K. Hopkins, J., entered September 4, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.

[Nos. 10882–8–II; 10903–4–II.   Division Two.   March 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBIN R. COMBS, *Appellant.*

Appeals from a judgment of the Superior Court for Lewis County, No. 86–1–00225–6, David R. Draper, J., entered April 2, 1987. *Affirmed as modified* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 11318–0–II.   Division Two.   March 17, 1989.]

FOOD KING SUPERMARKETS, INC., *Appellant,* v. HIGHLANDS BUILDING MAINTENANCE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–04864–3, Robert H. Peterson, J., entered August 7, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Reed, J.

[No. 21590–6–I.   Division One.   March 20, 1989.]

RONALD DAGGETT, *as Personal Representative, Appellant,* v. ROY DAVIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–00278–2, Dennis J. Britt, J., entered November 25, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Swanson, J.